In the Matter of the Claim of JOHN DALBERTH, Respondent, against IUPPA & BATTLE COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted June 12, 1933; decided June 13, 1933.)

Motion for reargument granted to the following extent: Return of remittitur requested and when returned it

will be amended by adding the words, " The court considered the question as to whether section 15, subdivision 5-a of the Workmen's Compensation Law (Laws of 1930, ch. 316, § 2) was violative of section 1 of the Fourteenth Amendment to the United States Constitution and found that the subdivision was constitutional." (See 262 N. Y. 537.)